1  **THERESE S. HARRIS (SBN 246711)**
   THERESE HARRIS LAW OFFICES
2  P.O. Box 5084
   Paso Robles, CA 93447
3  Telephone: 805-369-2053
   Facsimile:   805-426-9375
4  Email: tharris@tharrislawoffice.com

5

6  Attorney for Plaintiff, ARNOLD PAUL MARTINEZ

7
                        UNITED STATES DISTRICT COURT
8
                        NORTHERN DISTRICT OF CALIFORNIA
9

10

11  ARNOLD PAUL MARTINEZ, an           | CASE NO:  3:17-cv-01887-JD
    individual,
12                                     | NOTICE OF SETTLEMENT AS TO
                 Plaintiff,            | DEFENDANTS CREATIVE RECOVERY
13       vs.                           | CONCEPTS INC., AND FRANKLIN J.
                                       | LOVE ONLY
14  CREATIVE RECOVERY CONCEPTS
    INC.; FRANKLIN J. LOVE; JP MORGAN
15  CHASE BANK; and DOES 1 through 10
16  inclusive,
                 Defendants.
17

18

19      Plaintiff, ARNOLD PAUL MARTINEZ and Defendants, CREATIVE

20  RECOVERY CONCEPTS INC., and FRANKLIN J. LOVE have reached settlement in

21  this case.  The date of settlement is July 25, 2017.  A request for dismissal as to Creative

22  Recovery Concepts Inc., and Franklin J. Love only is being filed concurrently herewith.

23      I declare under penalty of perjury under the laws of the United States of

24  America that the foregoing is true and correct.

25

26  DATED: August 10, 2017                /s/ Therese S. Harris_____
                                          THERESE S. HARRIS, Attorney for
27                                        Plaintiff, Arnold Paul Martinez
28

Case #3:17-cv-01887-LB                    **1 of 1**                *Martinez v. CRC et al*

NOTICE OF SETTLEMENT AS TO DEFENDANTS
CREATIVE RECOVERY CONCEPTS INC., AND FRANKLIN J. LOVE ONLY