**THERESE S. HARRIS (SBN 246711)**
THERESE HARRIS LAW OFFICES
P.O. Box 5084
Paso Robles, CA 93447
Telephone: 805-369-2053
Facsimile:   805-426-9375
Email: tharris@tharrislawoffice.com

Attorney for Plaintiff, ARNOLD PAUL MARTINEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD PAUL MARTINEZ, an individual,<br>　　　　　　Plaintiff,<br>　　vs.<br>CREATIVE RECOVERY CONCEPTS INC.; FRANKLIN J. LOVE; JP MORGAN CHASE BANK; and DOES 1 through 10 inclusive,<br>　　　　　　Defendants. | CASE NO:  3:17-cv-01887-JD<br><br>NOTICE OF SETTLEMENT OF ENTIRE CASE |

　　　　This entire case has been settled.  A Request for Dismissal will be filed within 45 days after the date of the settlement.  The Date of Settlement is January 3, 2018.

　　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Therese S. Harris
　　　　　　　　　　　　　　　　　　　　THERESE S. HARRIS, Attorney for the Plaintiff, Arnold Paul Martinez